JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 453

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   MAY -5 1981

IN RE FIRE DISASTER AT MGM GRAND HOTEL - LAS VEGAS, NEVADA   PATRICIA D. HOWARD
ON NOVEMBER 21, 1980                                        CLERK OF THE PANEL

TRANSFER ORDER                                              5/5/81

This litigation consists of 52 actions pending in eight districts as follows:

| District | Actions |
|---|---|
| District of Nevada | 22 |
| Eastern District of Pennsylvania | 20 |
| Southern District of New York | 3 |
| Central District of California | 2 |
| Eastern District of Louisiana | 2 |
| Eastern District of New York | 1 |
| Eastern District of Michigan | 1 |
| Northern District of Ohio | 1 |

Presently before the Panel are two motions -- one brought by defendants MGM Grand Hotels, Inc. and MGM Grand Hotel - Las Vegas, Inc. and one brought by plaintiffs in eighteen of the 22 actions pending in the District of Nevada[1] -- to transfer, pursuant to 28 U.S.C. §1407, all actions to the District of Nevada for coordinated or consolidated pretrial proceedings.[2]

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the District of Nevada will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share numerous factual questions concerning the cause or causes of the MGM Grand Hotel fire and the manner in which it spread. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

[1] The Nevada plaintiffs inadvertently included an antitrust action -- Hanna-Barbera Productions, Inc. v. MGM Corporation, C.D. California, C.A. No. CV80-5527-WPG -- in their motion for transfer. This action is not related to the Las Vegas fire disaster and accordingly it is excluded from the transfer ordered herein.

[2] In addition, the Panel has been advised that numerous other related actions are now pending in federal district courts. These actions will be treated as potential tag-along actions. See Rules 1, 9 and 10, R.P.J.P.M.L., 78 F.R.D. 561, 562, 567-69 (1978).

The District of Nevada, where the disaster which is the subject of this litigation occurred, is clearly the preferable transferee district. Eyewitnesses and physical evidence of the fire, as well as many of the documents relating to the planning and construction of the MGM Grand Hotel, are located in Las Vegas.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Nevada be, and the same hereby are, transferred to the District of Nevada and, with the consent of that court, assigned to the Honorable Louis Charles Bechtle from the Eastern District of Pennsylvania, sitting in the District of Nevada pursuant to an intercircuit assignment under 28 U.S.C. §292(d), for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-453 -- <u>In re Fire Disaster at MGM Grand Hotel - Las Vegas, Nevada, on November 21, 1980</u>

  <u>Eastern District of Pennsylvania</u>
<u>Victoria Ann Berry, et al., etc. v. MGM Grand Hotel, Inc.,</u>
 C.A. No. 80-4662
<u>Lucian E. Black, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4663
<u>Alvin Boardley, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4664
<u>Clifton Cain v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4665
<u>Frank Cooke, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4666
<u>Leroy Daniels v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4667
<u>John Dillon, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4668
<u>Deborah Green v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4669
<u>Robert Greene v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4670
<u>Elwood F. Gunther v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4671
<u>Joseph S. Kane, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4672
<u>James T. Moock, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4673
<u>St. Clair O. Parson, Sr., et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4674
<u>Dolores Roberts v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4675
<u>Marvin M. Robinson, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4676
<u>James Traynor, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4677
<u>Aaron Washington v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4678
<u>Joseph Weiner, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4679
<u>Arthur Wilson v. MGM Grand Hotels, Inc.,</u>
 C.A. No. 80-4680
<u>Barbara Sutton v. MGM Grand Hotels,</u>
 C.A. No. 80-4711
  <u>District of Nevada</u>
<u>Wes Tassin, et al. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. CV-LV-80-400
<u>Stephen J. Kohn, et al., etc. v. MGM Grand Hotel, Inc.,</u>
 C.A. No. CV-LV-80-404
<u>American Fletcher National B&T Co., etc. v. MGM Grand Hotels, Inc.,</u>
 C.A. No. CV-LV-80-405

Jeffrey Brett, et al. v. MGM Grand Hotels, Inc., et al.,
   C.A. No. CV-LV-80-406
Wayne Bailey, et al. v. MGM Grand Hotel, Inc.,
   C.A. No. CV-LV-80-403
Don Ford, et al. v. MGM Grand Hotel,
   C.A. No. CV-LV-81-45
Jorge Suarez, et al., etc. v. MGM Grand Hotels, Inc., etc.,
   C.A. No. CV-LV-80-410
Gladys Cheramie Guidry, etc., et al. v. MGM Grand Hotels, Inc., et al.,
   C.A. No. CV-LV-80-424
Herman Paul Cheramie, et al. v. MGM Grand Hotel, Inc., et al.,
   C.A. No. CV-LV-80-423
Rosemary Soda Gallagher v. MGM Grand Hotel, Inc., et al.,
   C.A. No. CV-LV-80-421
William D. Larson, Ger-Fei Tang v. MGM Grand Hotel, Inc., etc.,
   C.A. No. CV-LV-80-411
Richard Allan Lauranzo, et al. v. MGM Grand Hotel, Inc., etc.,
   C.A. No. CV-LV-80-418
Simon Torres Rodriguez, et al. v. MGM Grand Corp., et al.,
   C.A. No. CV-LV-80-413
David Asher, Sr., etc. v. MGM Grand Hotel, Las Vegas, Inc.,
   C.A. No. CV-LV-80-425
Ivan Edwards, et al. v. MGM Grand Hotel, Las Vegas, Inc.,
   C.A. No. CV-LV-80-427
Maria Carmen Prieto, et al. v. MGM Grand Hotel, Las Vegas, Inc.,
   C.A. No. CV-LV-80-428
Rosa Maria Martinez, et al. v. MGM Grand Hotel, Las Vegas, Inc. et al.,
   C.A. No. CV-LV-80-433
Harry J. Sanders, et al. v. MGM Grand Hotel, Las Vegas, Inc.,
   C.A. No. CV-LV-80-434
Donald Andrews, etc. v. MGM Grand Hotel, Las Vegas, Inc.,
   C.A. No. CV-LV-80-435
Leona Julia Moody v. MGM Grand Hotel,
   C.A. No. CV-LV-81-78
Sam Kushner, et al. v. Metro-Goldwyn Mayer, Inc., et al.,
   C.A. No. CV-LV-81-193
Michael Pantelis, et al. v. Metro-Goldwyn Mayer, Inc., et al.,
   C.A. No. CV-LV-81-183
   Central District of California
Beth Ann Thompson, et al., etc. v. MGM Grand Hotel, etc.,
   C.A. No. CV80-5799-MRP
Stephen M. Knick, et al. v. MGM Grand Hotels, Inc., et al.,
   C.A. No. CV80-5547-DVK
   Eastern District of Michigan
Carol D. Beall, et al. v. MGM Grand Hotel, etc.,
   C.A. No. 80-74450
   Eastern District of Louisiana
Wess Tassin, et al. v. MGM Grand Hotel, Inc.,
   C.A. No. 80-4714
June Scott, et al. v. MGM Grand Hotel, Inc.,
   C.A. No. 80-4893

Southern District of New York

Phillip D. Austin, et al. v. MGM Grand Hotels, Inc., et al.,
C.A. No. 80 Civ 6919

Gay Ann Bono, et al. v. MGM Grand Hotel, Inc., et al.,
C.A. No. 80 Civ 7134

Ida Vellone, et al. v. MGM Grand Hotel, Inc.,
C.A. No. 80 Civ 6853

Northern District of Ohio

Robert H. Sidler v. MGM Grand Hotel,
C.A. No. C-80-2298

Eastern District of New York

Martin D. Friedman, et al. v. MGM Grand Hotel, Inc.,
C.A. No. 80C3442

DOCKET NO. 453

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRE DISASTER AT MGM GRAND HOTEL - LAS VEGAS, NEVADA, ON NOVEMBER 21, 1980

CORRECTION ORDER

The Panel has been advised that the action entitled <u>Carol D. Beall, et al. v. MGM Grand Hotel, etc.</u>, E.D. Michigan, C.A. No. 80-74450, was transferred to the District of Nevada, pursuant to 28 U.S.C. §1404(a), by an order filed March 27, 1981. Accordingly, the Transfer Order of the Judicial Panel on Multidistrict Litigation filed on May 5, 1981, is CORRECTED as follows:

Page 1, line 1, the number "52" is CHANGED to "51";

Page 1, line 1, the word "eight" is CHANGED to "seven";

Page 1, line 9, the entry

    Eastern District of Michigan        1

is DELETED; and

Schedule A, page 2, the entry

    <u>Eastern District of Michigan</u>
<u>Carol D. Beall, et al. v. MGM Grand Hotel, etc.</u>,
    C.A. No. 80-74450

is DELETED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman